# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA BREAKFAST CLUBS, INC., a California corporation<br><br>                                              Plaintiff,<br><br>   vs.<br><br>BREAKFAST CLUB AMERICA, LLC, a North Carolina limited liability corporation; SCOTT CRITES, an individual; CAROL CRITES, an individual; and DOES 1 through 50, inclusive,<br><br>                                              Defendants. | CASE NO. 07 CV 0927 JM (POR)<br><br>**ORDER DENYING JOINT MOTION FOR EXTENSION OF TIME AS MOOT** |

In light of activity in this case occurring subsequent to the June 11, 2007 joint motion for extension of time in which to respond to the complaint (Doc. no. 8), the court hereby denies the motion as moot.

IT IS SO ORDERED.

DATED: March 13, 2008

Hon. Jeffrey T. Miller
United States District Judge

cc:        All parties

07cv0927